IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 1:21-cv-11141-GHW |
| vs. § § | PATENT CASE |
| **DARIOHEALTH CORP.,** § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant DarioHealth Corp. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: March 8, 2022.                          Respectfully submitted,

                                               /s/Jay Johnson
                                               **JAY JOHNSON (*Admitted PHV*)**
                                               State Bar No. 24067322
                                               **D. BRADLEY KIZZIA**
                                               State Bar No. 11547550
                                               **KIZZIA JOHNSON, PLLC**
                                               1910 Pacific Ave., Suite 13000
                                               Dallas, Texas 75201
                                               (214) 451-0164
                                               Fax: (214) 451-0165
                                               jay@kjpllc.com
                                               bkizzia@kjpllc.com

                                               **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically on March 8, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                          */s/Jay Johnson*
                                          **JAY JOHNSON (*Admitted PHV*)**